UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SABATINO NORTH AMERICA, LLC, Plaintiff, | : | Case No. ______________ |
| – against – | : | **COMPLAINT** |
| THE KROGER COMPANY, Defendant. | : | |

Plaintiff, by its attorney, **FRANK M. GRAZIADEI**, complaining of the Defendant alleges as follows:

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332(a) because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States. Complete diversity of citizenship exists between Plaintiff and Defendant because the Plaintiff is a limited liability company, authorized to do business in New York and organized under the laws of New York (see Exhibit "B") with its office at 400 East 54th Street, New York, New York 10022, and does not have an office or facility in Ohio, and the Defendant upon information and belief is a company, located at 11300 Cornell Park Drive, Blue Ash, Ohio 05243 and does not have an office in New York.

2. Venue in this District is based on 28 U.S.C § 1391.

## FIRST CAUSE OF ACTION

*(Value of Goods Sold)*

3. Plaintiff, **SABATINO NORTH AMERICA, LLC**, is a limited liability company authorized to do business in the County, City and State of New York, with its principal office located at 400 East 54th Street, New York, New York 10022.

4. The Defendant, **THE KROGER FOOD**, upon information and belief, is a company authorized to do business under the laws of Ohio and is located at 11300 Cornell Park Drive, Blue Ash, Ohio 45243.

5. The Defendant ordered truffle products, which were produced specifically for the Defendants from the Plaintiff, who shipped the specific products to the Defendant.

6. From on or about January 7, 2025 through March 16, 2026, the Plaintiff provided certain black and white truffle oil product as specifically ordered by the Defendant to the Defendant in the amount of $153,111.72. (See Exhibit "A").

7. The reasonable value of these black and white truffle oil products provided to Defendant by the Plaintiff totaled the sum of $153,111.72, of which amount, the Defendant has failed to make any payment.

8. The Plaintiff has duly demanded payment of this amount, $153,111.72 but the Defendant has failed to pay any part thereof.

9. By reason of the Defendant's failure to pay the amount due and owing to the Plaintiff, the Plaintiff has been damaged in the amount of $153,111.72, plus attorney's fees.

## SECOND CAUSE OF ACTION

*(Breach of Contract)*

10. Plaintiff repeats and realleges paragraphs "1" through "9" as if fully set forth herein.

11. On or about January 7, 2025 through March 16, 2026, an agreement was entered into between Plaintiff and Defendant whereby the Plaintiff would provide black and white truffle oil products to the Defendant at an agreed upon price.

12. On or about January 7, 2025 through March 16, 2026, Plaintiff fully performed its duties under said contract and provided certain black and white truffle oil products to the Defendant as requested by the Defendant.

13. Despite having fulfilled its part of the contract, Defendant failed to make full payment to the Plaintiff for the agreed upon contract price for the black and white truffle oil products.

14. The consequences of the Defendant's breach of contract and for the Defendant's failure to make payment as stated in its contractual obligation with the Plaintiff, the Defendant owes the Plaintiff the sum of $153,111.72, plus reasonable attorney's fees.

## THIRD CAUSE OF ACTION

*(Account Stated)*

15. Plaintiff repeats and realleges paragraphs "1" through "14" as if fully set forth herein.

16. Plaintiff rendered to Defendant, upon information and belief, full, just and true accounts of the indebtedness due and owing by the Defendant for the black and white truffle oil products provided as alleged in paragraph 6 herein. (See Exhibit "A").

17. Defendant has received and accepted said account stated and since retained said account stated without making any objection thereto to Plaintiff.

18. As a result of said account stated, there is an amount due and owing from Defendant to the Plaintiff in the amount of $153,111.72.

19. No part of said account stated ($153,111.72) has been paid by the Defendant, and there is due and owing the sum of $153,111.72.

**WHEREFORE**, Plaintiff demands judgment against the Defendants:

(i) in the amount of $153,111.72 on the First Cause of Action, plus reasonable attorney's fees;

(ii) in the amount of $153,111.72 on the Second Cause of Action, plus reasonable attorney's fees;

(iii) in the amount of $153,111.72 on the Third Cause of Action, plus reasonable attorney's fees; and

(v) interest and costs and disbursements of this action and for other and further relief as to this Court may seem just and proper.

Dated: November 9, 2026

Respectfully submitted,
**FRANK M. GRAZIADEI, P.C.**

By: ______________________________

**Frank M. Graziadei, Esq (9770)**
130 Water Street, Suite 10B
New York, New York 10005
Phone: 212-785-0885
Fax: 888-979-6094
Grazlaw78@gmail.com